IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CRIMINAL NO. 06-00226-CG |
| ) | |
| JOSEPH TREADWAY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Whereas the United States seeks to dismiss the indictment in this case, prior to the appearance of the defendant, citing the "interest of justice" (Doc. 7), it is hereby **ORDERED** that the indictment is **DISMISSED** pursuant to Rule 48(a), Federal Rules of Criminal Procedure.

**DONE** and **ORDERED** this 30th day of April, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE